Dismissed and Memorandum Opinion filed November 30, 2006








Dismissed
and Memorandum Opinion filed November 30, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00029-CV

____________

 

CHINELO U. ODENIGWE, Appellant

 

V.

 

CHUKWUMA GEORGE ODENIGWE,
Appellee

 



 

On Appeal from the 247th District Court

Harris County, Texas

Trial Court Cause No. 93-09523

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed on September 13, 2005.  On November 17, 2006,
appellant filed a motion to dismiss the appeal because the case has been
settled. See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
November 30, 2006.

Panel consists of Justices Anderson, Hudson, and Guzman.